## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ACTIVEMAP LLC, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:26-CV-00160-RWS |
| LOWE'S COMPANYS INC., | § | *LEAD CASE* |

| | | |
|---|---|---|
| ACTIVEMAP LLC, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00169-RWS |
| | § | *MEMBER CASE* |
| COMPASS, INC., | § | |

## ORDER

Before the Court is Plaintiff Activemap LLC's of Notice of Voluntary Dismissal with Prejudice. Docket No. 21. Defendant Compass, Inc., has not yet answered the complaint or moved for summary judgment. *Id.* After review, the notice (Docket No. 21) is **ACCEPTED**. Accordingly, it is

**ORDERED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs and expenses. The dismissal of the claims against Compass shall not affect any of the other claims or defendants in the lead case 2:26-CV-00160 or the other member cases.

The Clerk of Court is directed to close the member case 2:26-CV-00169-RWS.

**So ORDERED and SIGNED this 24th day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE