## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ACTIVEMAP LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>LOWE'S COMPANIES, INC.,<br><br>       Defendant. | Civil Action No. 2:26-CV-00160-RWS<br><br>LEAD CASE |
| ACTIVEMAP LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>THE CHILDRENS PLACE, INC.,<br><br>       Defendant. | Civil Action No. 2:26-CV-00166-RWS<br><br>MEMBER CASE |

## DEFENDANT LOWE'S COMPANIES, INC.'S UNOPPOSED MOTION TO STAY

Defendant Lowe's Companies, Inc. ("Lowe's") respectfully submits this Unopposed Motion to Stay all pending deadlines for 30 days, up to and including, September 11, 2026. The parties have reached an agreement in principle to resolve this case and require additional time to finalize a full written settlement agreement and file a Notice of Dismissal.

Lowe's requests this stay not to create delay, but to facilitate ongoing efforts toward an amicable and orderly resolution of this lawsuit. Counsel for Lowe's has conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief sought in this motion. A Proposed Order granting this unopposed motion is attached.

Dated: August 12, 2026

Respectfully Submitted,

By: /s/ *Michael H. Fleck*
Keyonn L. Pope (IL 6301921) *
kpope@rshc-law.com

Michael H. Fleck (IL 6305929) *
mfleck@rshc-law.com
Shaun Zhang (IL 6327966) *
szhang@rshc-law.com
Edgar Matias (IL 6336336) *
**RILEY SAFER HOLMES & CANCILA LLP**
1 S. Dearborn Street, Suite 2200
Chicago, IL 60603
T: 312.471.8700
F: 312.471.8701

***Attorneys for Defendant LOWE'S COMPANIES, INC.***

*Admitted to the Eastern District of Texas

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the ECF system and has been served on all counsel of record who are deemed to have consented to electronic service via the court's CM/ECF system.

*/s/ Michael H. Fleck*

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel is unopposed to the relief requested herein.

*/s/ Michael H. Fleck*