**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ACTIVEMAP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:26-CV-00160-RWS |
| v. | § | *LEAD CASE* |
| | § | |
| LOWE'S COMPANYS INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Lowe's Companies, Inc.'s ("Lowe's") Unopposed Motion to Stay. Docket No. 36. Defendant represents that the "parties have reached an agreement in principle to resolve this case and require additional time to finalize a full written settlement agreement and file a Notice of Dismissal." *Id.* Consequently, Defendant requests a stay of thirty (30) days. *Id.* After review, and because it is unopposed, the motion (Docket No. 36) is **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned member case No. 2:26-CV-00160 as to Lowe's is **STAYED** for a period of fourteen (30) days. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

This Order does not affect Activemap LLC's claims against other Defendants.

**So ORDERED and SIGNED this 13th day of August, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE